JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

NATHANAEL M. COUSINS (CABN 177944)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7368
    Facsimile: (415) 436-7234
    E-Mail: nat.cousins@usdoj.gov

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0827 MMC |
| Plaintiff, | |
| v. | **STIPULATED MOTION TO CONTINUE SENTENCING HEARING FROM MARCH 4 TO MARCH 11, 2009; ORDER THEREON** |
| PEDRO GABRIEL LOPEZ-MONROY, | |
| Defendant. | Court: Hon. Maxine M. Chesney |

    The government respectfully requests that the sentencing hearing for Mr. Lopez-Monroy be continued for one week, from March 4 to March 11, 2009, 2:30 p.m., because the government's counsel is scheduled to be out of state for Department of Justice training on March 4. Defendant's counsel and the United States Probation Officer do not object to the requested continuance.

///

*U.S. v. Lopez-Monroy*, CR 08-0827 MMC
MOTION TO CONTINUE SENTENCING
HEARING TO MARCH 11

Given the government's request, the parties have conferred and agree to the following schedule for supplemental sentencing memoranda:

- February 20: Defendant's Memo Due.
- February 27: Government's Reply Memo Due.

Given the agreement of the parties and a showing of good cause for a short continuance, the government respectfully requests that the Court continue the sentencing hearing to March 11, 2009, at 2:30 p.m.

Respectfully submitted,

Dated:       February 13, 2009            JOSEPH P. RUSSONIELLO
                                          United States Attorney

                                          /s/ Nat Cousins
                                          Assistant United States Attorney

**AGREED** as of February 13, 2009, by,

/s/ Rita Bosworth
_____
Rita Bosworth
Assistant Federal Public Defender
COUNSEL FOR PEDRO GABRIEL LOPEZ-MONROY

\* \* \*

## ORDER

For good cause shown, the stipulated motion is GRANTED and the sentencing hearing for Pedro Gabriel Lopez-Monroy is continued to March 11, 2009, 2:30 p.m. Defendant's sentencing memorandum shall be filed no later than February 20, 2009, and the government's reply memorandum shall be filed no later than February 27, 2009.

Dated: _February 17, 2009___            _____
                                        Hon. Maxine M. Chesney
                                        United States District Court Judge